**Electronically Filed**
**Supreme Court**
**SCWC-11-0000017**
**12-JUN-2012**
**08:42 AM**

NO. SCWC-11-0000017

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

HENRY KAPONONUIAHOPILI LII, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-11-0000017;
S.P.P. NO. 10-1-0010 (CR. NOS. 88-0826 and 88-2308))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Garibaldi, in place of Duffy, J., recused)

Petitioner/Petitioner-Appellant Henry Kapononuiahopili

Lii's application for writ of certiorari filed on May 1, 2012, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 12, 2012.

Henry Kapononuiahopili
Lii, petitioner, pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Colette Y. Garibaldi

